# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** August 6, 2020  **Time:** 1:30-2:19=  **Judge:** EDWARD M. CHEN
49 Minutes

**Case No.:** 20-cv-01509-EMC  **Case Name:**  Slack Technologies, Inc. v. Phoji, Inc.

**Attorney for Plaintiff:** Ameet Modi
**Attorney for Defendant:** Eli Van Camp

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Katherine Sullivan

### PROCEEDINGS HELD BY ZOOM WEBINAR

[21] Motion to Dismiss - held;

Initial Case Management Conference - not held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission.